IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PRE-PAID LEGAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-06- 019-JHP |
| | ) | |
| LORIE HARRELL and LES HARRELL, | ) | |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARLAND STONECIPHER, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## **JUDGMENT**

Pursuant to this Court's Findings of Fact and Conclusions of Law, filed herein on January 8, 2008, the Court orders judgment entered for the plaintiff, Pre-Paid Legal Services, Inc., and against defendants, Lorie Harrell and Les Harrell.

**IT IS SO ORDERED** this 8th day of January 2008.

James H. Payne
United States District Judge
Eastern District of Oklahoma